AUGUSTUS R. REYNOLDS et al., Appellants, v. STATE OF NEW YORK, Respondent.— Appeal from a judgment of the Court of Claims which made an award for damages suffered when land was taken from claimants in connection with laying a water pipe for the Green Haven Prison, Dutchess County, N. Y. Judgment of the Court of Claims affirmed, without costs. All concur.

WILLIS R. PLACE, Individually and as Administrator of the Estates of REUBEN W. PLACE et al., Deceased, et al., Appellants, v. STATE OF NEW YORK, Respondent.— Appeal from a judgment of the Court of Claims which made an award for damages suffered when land was taken from claimants in connection with laying a water pipe for the Green Haven Prison, Dutchess County, N. Y. Judgment of the Court of Claims affirmed, without costs. All concur.

In the Matter of the Estate of SARAH F. KNOX, Deceased. PAUL KNOX, Appellant; ELIZABETH O. MURRAY, Respondent.— Appeal from an order and decree of the Albany County Surrogate's Court which revoked the letters of administration earlier issued to the appellant and issued letters of administration to respondent. Appellant petitioned for his own appointment making no mention of his codistributee and niece, the respondent. Letters of administration to appellant were issued without a bond which was then in violation of the Surrogate's Court Act had it appeared that there were distributees. The Surrogate determined that appellant's conduct in the matter, along with evidence as to other matters, justified the revocation of the letters issued to him. The evidence sustains that determination. Order and decree affirmed, with $25 costs and disbursements. All concur.

## FOURTH DEPARTMENT, MAY, 1946.

### (May 8, 1946.)

FIDELITY & CASUALTY COMPANY, Appellant, v. FRED GROTH et al., Respondents.— Judgment affirmed, with costs. All concur, except Harris, J., who dissents and votes for reversal and for dismissal of the complaint. (See *Matter of Brown* v. *Towns of Gates and Chili,* 266 App. Div. 640; *Utica Mutual Insurance Co.* v. *Glennie,* 132 Misc. 899, affd. 227 App. Div. 650; *Utica Mutual Ins. Co.* v. *Beers Chevrolet Co., Inc.,* 250 App. Div. 348.) (The judgment declares plaintiff liable under a liability insurance policy.) Present — Taylor, P. J., Dowling, Harris, McCurn and Love, JJ.

In the Matter of ALEXANDER DE MAIO, Petitioner, against JOSEPH CARLSON et al., Constituting the Members of the Zoning Board of Appeals of the City of Jamestown, et al., Respondents.— Determination confirmed, without costs. All concur. (Review of a determination denying petitioner's application for permission to conduct a neighborhood grocery store.) Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. KENNETH BRIGGS, Appellant.— Judgment of conviction affirmed. All concur. (The judgment convicts defendant of the crime of criminal negligence.) Present — Taylor, P. J., Dowling, McCurn, Larkin and Love, JJ.

MARCO PASCUZZI, Respondent, v. CAR AND GENERAL INSURANCE CORPORATION, LTD., Appellant.— Order affirmed, with $10 costs and disbursements. Memorandum: In this record there is no showing that a complete determination cannot be had without the presence of the Syracuse Investment Corporation nor that the Syracuse Investment Corporation is or will be liable to defendant for the claim made against it. (*De Persia* v. *Merchants Mutual Casualty Co.,* 268